CIVIL DISTRICT COURT FOR THE PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA

NO. 45097                              DIVISION " C "

MICHAEL VAREEN and MARTHA VAREEN



VERSUS

MARTIN TRANSPORT INC., RICKY H. FISHER AND ACE AMERICAN INSURANCE
COMPANY

FILED:_____        _____
                                     DEPUTY CLERK

PETITION FOR DAMAGES

The petition of MICHAEL VAREEN and MARTHA VAREEN, persons of the full age of
majority, residents and domiciliary of the Parish of JEFFERSON PARISH, State of Louisiana,
respectfully represents that:

I.

Made Defendants are as follows:

1.    MARTIN TRANSPORT, INC, named as a defendant herein, upon information and
      belief, is a corporation organized under the laws of the State of Louisiana, authorized
      to do and/or doing business in the County of Gregg, State of Texas, and within the
      jurisdiction of this Honorable Court.

2.    RICKY H. FISHER, is upon information and belief, a person of the full age of
      majority, resident and domiciliary of the County of Knox, State of Tennessee and within
      the jurisdiction of this Honorable Court.

3.    ACE AMERICAN INSURANCE COMPANY (hereinafter " Ace American"), a
      foreign insurance company authorized to do and doing business in the State of
      Louisiana, incorporated in a State other than the State of Louisiana and having its
      principal place of business in a State other than the State of Louisiana, who upon
      information and belief was at all times relevant hereto the insurer of the vehicle driven
      by Defendant Fisher and owned by Martin Transport, Inc.

DEPUTY CLERK   2019 APR -3 AM 11: 16   RECEIVED AND FILED CLERK OF COURT WEST BATON ROUGE

1

II.

At all times material hereto, and more particularly on about April 2, 2018, defendant, MARTIN TRANSPORT INC., had in full force and effect policies, contracts and/or agreements of insurance which afforded Liability Coverage to Ace American Ins. Company, and/or RICKY H. FISHER, for claims of the nature herein asserted, your petitioner is entitled and does hereby assert said claims directly against Ace American Insurance Company., pursuant to the provisions of L.S.A.-R.S. 22:655 (Louisiana Direct Action Statute).

III.

The above-named defendants, are jointly, severally, and in solido liable unto petitioners, MICHAEL VAREEN and MARTHA VAREEN, in a full and true sum to be determined by this Honorable Court, together with interest from the date of judicial demand and for all costs of these proceedings for the following to-wit:

IV.

On or about April 02, 2018, your petitioner Michael Vareen was operating his 2006 Toyota Tundra with guest passenger Martha Vareen, and was stopped due to traffic on I-10, LA 415, located in Baton Rouge Louisiana, in the parish of West Baton Rouge, when suddenly and without warning an 18 wheeler and tracker trailer owned by Martin Transport, and operated by its agent and/or employee, Ricky Fisher, suddenly and without warning, ran into the back of the vehicle driven by Michael Vareen and violently with full force of impact, causing your petitioners bodies to be tossed about the vehicle, all of which caused the injuries of which your petitioners, MICHAEL VAREEN and MARTHA VAREEN, now complain.

V.

The sole and proximate cause of this accident was the negligence of defendants MARTIN TRANSPORT INC., and RICKY FISHER, which negligence consists of, but is not limited to, the following:

    a) Failure to maintain control of his vehicle;

    b) Failure to see what should have been see;

    c) Improper lane usage;

    d) Failure to keep the vehicle under control;

    e) Failure to maintain a proper lookout;

2

f) Failure to yield to right of way;

g) Operation of his vehicle in careless disregard for the lives and safety of others;

h) Gross negligence;

i) Violations of pertinent state traffic statutes and/or parish traffic ordinances; and

j) Any and all other acts of negligence or fault which may be proven during the investigation and/or trial of this matter and that violate the laws of Louisiana and/or applicable ordinances which are hereby pleaded and adopted by reference.

VI.

As a result of the foregoing, and as per applicable Louisiana law including, but not limited to, the Doctrines of Respondeat Superior; negligent entrustment; negligent hiring, entrustment, training, and supervision; principal and agent; permissive use. ; vehicle owner with responsibility for maintenance and upkeep; and/or master-servant doctrines, said Martin Transport, Inc.., is a proper party-defendant and is responsible for the negligence and/or liability attributed to Defendant Fisher.

VII.

As a direct result of the above-described accident, your petitioners, MICHAEL VAREEN and MARTHA VAREEN, suffered severe injuries to the muscles, ligaments, tendons, blood vessels, nerves and other soft tissue structures of the cervical, lumbar and thoracic regions of the spine, injuries to the nervous system and psyche; aggravation, precipitation and/or the exacerbation of prior existing non- deliberating predispositions, and including without limitation, normal degenerative changes.

VIII.

As a further result of the above-described accident, your petitioners, MICHAEL VAREEN and MARTHA VAREEN suffered severe physical pain and suffering as well as keen mental and emotional anguish and distress; she has incurred expenses for medical care and treatment which she otherwise would not have incurred; she ultimately lost wages both past, present, and future and her earning capacity has been diminished; and she has been handicapped in her normal activities. These

3

conditions may continue, worsen or become permanent; and the full residuals and sequelae of her injuries are as yet not fully known, but have been and will be severe.

IX.

At all material times herein mentioned and particularly on April 2, 2018, RICKY FISHER was, upon information and belief, acting in the furtherance of and course and scope of his employment with MARTIN TRANSPORT, INC., as an agent, employee or otherwise when this accident occurred, rendering defendant, MARTIN TRANSPORT, INC., vicariously liable for the acts of Ricky Fisher.

X.

Petitioner requests a trial by jury.

**WHEREFORE**, your petitioners, MICHAEL VAREEN and MARTHA VAREEN, pray that the defendants, MARTIN TRANSPORT, INC., RICKY FISHER, and ACE AMERICAN INSURANCE COMPANY, be served with the above and foregoing petition and citation, and that after all legal proceedings and due delays are had, there be a judgment rendered herein in favor of your petitioners, MICHAEL VAREEN and MARTHA VAREEN and against the defendants, MARTIN TRANSPORT, INC., RICKY FISHER and ACE AMERICAN INSURANCE COMPANY, jointly, severally, and in solido, in an amount deemed, reasonable in the premises, together with legal interest therein from the date of judicial demand until paid, plus all costs and disbursements of these proceedings.

Your petitioner further prays for all general and equitable relief as the nature of the cause may require.

*(Signature on next page)*

4

WRIGHT, PICHON & GRAY, PLC

Jeremy J. Pichon, LA Bar No. 32218
Eric A. Wright, LA Bar No. 26149
Daryl A. Gray, LA Bar No. 34225
David M. Abdullah, LA Bar No. 27349
Clinton G. Mead, LA Bar No. 35244
201 St. Charles Avenue, Suite 3206
New Orleans, LA 70170
Telephone: 504-525-5025
Facsimile: 504-324-0445

PLEASE SERVE THE PETITION AND CITATION UPON THE
FOLLOWING DEFENDANTS:

1.    MARTIN TRANSPORT, INC., CT
      Corporation System
      3867 Plaza Tower Dr.
      Baton Rouge, LA 70816

2.    ACE AMERICAN INSURANCE COMPANY
      through its agent for service of process
      Secretary of State
      8585 Archives Ave.
      Baton Rouge, LA 70809

3.    Ricky Fisher
      Through Long Arm Statue
      6628 Racoon Valley Drive
      Knoxville, TN 37938

5